UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION

DAMEON JOHNICE                                      NUMBER 07-91-JJB-SCR

ORDER

Before the court is the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Dameon Johnice.

IT IS ORDERED that within 45 days from the date of this order, the United States shall file a response to the petitioner's § 2255 motion. Respondent shall also file a memorandum brief of law in support of all issues raised in the response, citing relevant statutory and case law.

FAILURE TO RESPOND WITHIN THE TIME ALLOWED MAY RESULT IN AN ORDER GRANTING THE RELIEF SOUGHT OR GRANTING AN EVIDENTIARY HEARING.

Baton Rouge, Louisiana, May 13, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE